# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>B. S. DAVID, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-01747-AWI-GBC PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. 13)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. 10) |

Plaintiff Vencil Green, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2010, the Magistrate Judge filed findings and recommendations herein which was served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty one days. (Doc. 13.) Plaintiff filed an objection on September 7, 2010. (Doc. 15.) The Court has read and considered Plaintiff's objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1 |     Accordingly, IT IS HEREBY ORDERED that:

2 |     1.    The findings and recommendations, filed August 27, 2010, is adopted in full; and

3 |     2.    Plaintiff's motion for a temporary restraining order filed April 1, 2010 is DENIED.

IT IS SO ORDERED.

Dated:   November 13, 2010                  /s/ signature

                                                CHIEF UNITED STATES DISTRICT JUDGE