# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. S. DAVID, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-01747-AWI-GBC PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER<br><br>(Docs. 20, 21, 23) |

　　　　Plaintiff Vencil Green, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 12, 2010, the Magistrate Judge filed findings and recommendations herein which was served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. (Doc. 23.) Neither party filed an objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed October 12, 2010, is adopted in full; and
2. Plaintiff's motions for a temporary restraining order filed September 10 and 29, 2010 are DENIED.

IT IS SO ORDERED.

Dated:   December 10, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE